**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **SHRONNA WHIPPLE,** | |
| Plaintiff, | Case No. 4:25-cv-00496-BYP |
| v. | Judge Benita Y. Pearson |
| **NORTHEAST OHIO CORRECTIONAL CENTER, CORECIVIC, INC., CORECIVIC OF TENNESSEE, LLC and JOHN/JANE DOE NOS. 1-10,** | |
| Defendants. | |

**<u>DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Now come Defendants CoreCivic, Inc., CoreCivic of Tennessee, LLC, and Northeast Ohio Correctional Center (collectively, "Defendants"), by and through undersigned counsel, hereby move this Honorable Court for an order granting Defendants an extension of time up until April 17, 2025 for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' current deadline to answer, move, or otherwise respond to Plaintiff's Complaint is March 20, 2025. This is Defendants' first extension request, and no prior extensions have been granted in this case.

Defendants' motion is made in good faith and not for purposes of delay for the following reasons. First, Defendants request additional time in order to evaluate and prepare a Motion to Dismiss Plaintiff's Complaint as it specifically relates to Defendant, Northeast Ohio Correctional Center ("NEOCC"), if Plaintiff does not voluntarily dismiss NEOCC as a defendant. As previously asserted in Defendants' Notice of Removal (Dkt. 1), Plaintiff has erroneously included NEOCC as a named defendant in this matter. (*Id.*, at ¶14)**.** NEOCC,  a private prison located in Youngstown,

Ohio, is owned by Defendant, CoreCivic, Inc., and the employing entity that operates NEOCC is Defendant, CoreCivic of Tennessee, LLC. (*Id.*). Importantly, NEOCC is not a separate legal entity, but rather a name used to describe the physical property. (*Id.*). Second, Defendants' extension request is made in good faith because Defendants seek additional time for Defendants' counsel to continue their evaluation of Plaintiff's allegations in the Complaint as they relate to Defendants, CoreCivic, Inc. and CoreCivic of Tennessee, LLC.

On March 12, 2025 and March 13, 2025, undersigned counsel for Defendants conferred via e-mail with counsel for Plaintiff to advise of Defendants' intention to file the instant motion. On March 13, 2025, Plaintiff's counsel's office confirmed that they do not oppose Defendants' extension request.

WHEREFORE, Defendants respectfully request that this Honorable Court grant this motion to extend Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint be extended up to and including April 17, 2025.

2

Respectfully submitted,


/s/  Brian P. FitzGerald
Nate J. Pangrace, Bar No. 0084191
npangrace@littler.com
Brian P. FitzGerald, Bar No. 0098265
bpfitzgerald@littler.com
LITTLER MENDELSON, P.C.
Key Tower
127 Public Square, Suite 1600
Cleveland, Ohio 44114-9612
Telephone:     216.696.7600
Facsimile:     216.696.2038

Attorneys for Defendants
CORECIVIC, INC., CORECIVIC OF
TENNESSEE, LLC, and NORTHEAST OHIO
CORRECTIONAL CENTER


## CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of March, 2025, the foregoing *Defendants'*
*Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint* has been filed via
the Court's electronic filing system. Notice of filing will be performed by the Court's electronic
filing system, and parties may access the document through the Court's electronic filing system.


/s/ Brian P. FitzGerald
An Attorney for Defendants


4925-2387-7158.1 / 057737.1229


3